IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 16-cr-30139-MJR-1 |
| | ) | |
| WARREN E. STEPNEY, JR., | ) | |
| | ) | |
| Defendant. | ) | |

MEMORANDUM AND ORDER
ADOPTING REPORT & RECOMMENDATION AND
ACCEPTING DEFENDANT'S GUILTY PLEA

**REAGAN, Chief Judge:**

On June 9, 2017, the parties appeared before the Honorable Clifford J. Proud, United States Magistrate Judge. Pursuant to Federal Rule of Criminal Procedure 11 and Southern District of Illinois Local Rule 72.1(b)(2), with the consent of all parties and following a thorough colloquy, Defendant Stepney entered a guilty plea to Counts 1 and 2 of the indictment for being a felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1) (Doc. 1).

By Report and Recommendation dated June 9, 2017 (Doc. 27), Judge Proud recommends that the undersigned District Judge accept Defendant's guilty plea, find Defendant guilty, direct the United States Probation Office to prepare a presentence investigation report, and schedule a sentencing hearing. The parties were given an opportunity to respond to the Report and Recommendation, and the deadline elapsed on June 26, 2017, with no responses or related filings.

Accordingly, the Court **ADOPTS** in its entirety the Report and Recommendation (Doc. 27), **ACCEPTS** Defendant's guilty plea, and **ADJUDGES** Defendant guilty of the offenses set forth in the indictment to which Defendant pled guilty herein. The Court **DIRECTS** the United States Probation Office to prepare a presentence investigation report. Sentencing shall be held on **Friday, September 22, 2017 at 11 a.m.** before Chief Judge Reagan at the U.S. District Court for the Southern District of Illinois, located in East St. Louis, Illinois.

Finally, the Court **SETS** the following important deadlines. Any sentencing memorandum must be filed **no later than 14 days before the sentencing hearing**. Any response to a sentencing memorandum must be filed **no later than 7 days before the sentencing hearing**. If a party intends to present live testimony at the sentencing hearing, a notice identifying witness(es) and summarizing the nature and anticipated length of the testimony must be filed **no later than 14 days before the sentencing hearing**.

IT IS SO ORDERED.

DATED June 30, 2017.

                                                **s/ *Michael J. Reagan***
                                                Michael J. Reagan
                                                United States District Judge